# Court of Appeals
# of the State of Georgia

ATLANTA,____June 18, 2015_____

*The Court of Appeals hereby passes the following order:*

## A15D0427, A15D0428.  GREY PHOENIX, LLC v. BRYAN LACKEY et al.

Grey Phoenix, LLC complained to the Department of Planning and Development of Gwinnett County and its director, Bryan Lackey, about an alleged zoning violation being committed by an adjoining landowner.  Lackey and the Department found that there was no violation, and the Zoning Board of Appeals affirmed that decision.  Grey Phoenix then filed both a direct appeal to superior court and a "Petition for Writ of Mandamus and Petition for Writ of Certiorari As Alternative to Appeal."  In the petition, Grey Phoenix asked the superior court to order Lackey "to perform his legal duty under, and in enforcement of" the applicable zoning rules.  The superior court dismissed the petition, ruling among other things that mandamus was not an appropriate remedy in the case.  The court also ruled that Grey Phoenix's direct appeal was improper.  Grey Phoenix has filed two applications for discretionary appeal in this Court.  In Case No. A15D0427, Grey Phoenix seeks review of the superior court's dismissal of its petition for mandamus and certiorari.  In Case No. A15D0428, Grey Phoenix seeks review of the court's ruling on its direct appeal.

The Supreme Court has exclusive appellate jurisdiction over all cases involving extraordinary remedies, including mandamus. See Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (5); *Ladzinske v. Allen*, 280 Ga. 264 (626 SE2d 83) (2006) ("'[C]ases involving the grant or denial of mandamus are within the exclusive jurisdiction of [the Supreme] Court without regard to the underlying subject matter or the legal issues raised.'").  Accordingly, Case No. A15D0427 is hereby TRANSFERRED to

the Supreme Court for disposition.  In the interests of judicial economy and judicial comity, Case No. A15D0428 is also TRANSFERRED to the Supreme Court.



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,*     06/18/2015
      *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*